FILED
CLERK, U.S. DISTRICT COURT
July 27, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: IV DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
DINO TABAR TRIAS,
Defendant.

Case No. 19-CR-00112-RGK

**ORDER OF DETENTION**

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

On July 27, 2026, Defendant Dino Tabar Trias made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on July 3, 2025, and a detention hearing was held,

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further

proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include lack of compliance with supervision and absconding.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition, committing crime of vehicle theft while on supervision.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: July 27, 2026

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE